IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

YOLANDA VOLEZ GUEBARA, INDIVIDUALLY
AND AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF ELIAS GUEBARA, DECEASED                    PLAINTIFF

VS.                    CASE NO. 1:07CV00039 JMM

THORTON DRILLING COMPANY                                  DEFENDANT

ZURICH AMERICAN INSURANCE COMPANY                         INTERVENOR

**ORDER**

For good cause shown Intervenor Zurich American Insurance Company's Motion to Intervene (#6) is granted. Zurich American Insurance Company is directed to file conventionally with the Clerk of the Court an original and two copies of its Complaint In Intervention.

IT IS SO ORDERED THIS   25   day of   October, 2007.

_____
James M. Moody
United States District Judge